JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

               Plaintiff,

     v.

MEIR WESTREICH,

               Defendant.

Case No. 2:21-cv-9013-SSS-SKx

**FINAL JUDGMENT**

     Pursuant to the Order Granting Plaintiff's Motion for Summary Judgment [DKT. 54], **IT IS HEREBY ORDERED THAT**:

     1.    Plaintiff's Motion for Summary Judgment [DKT. 31] is **GRANTED.**

     2.    Judgment is entered in favor of the United States of America, Plaintiff, and against Meir Westreich, Defendant, for outstanding federal income-tax liabilities for tax years 2010, 2011, 2012, 2013, 2014, 2016, 2018, and 2019, in the amount of

///

///

///

1   $115,382.19 as of August 8, 2023, plus all subsequent statutory accruals, including

2   interest and penalties, plus costs and expenses.

3           **IT IS SO ORDERED.**

4

5   Dated: March 20, 2024

6

7   _____

8   SUNSHINE S. SYKES
    United States District Judge

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28